# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: KIM MARLO FORD,

Case No. 18-21229-BHL

Debtor.

## AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN )
                          ) ss
MILWAUKEE COUNTY )

Kevin P. Sullivan, being first duly sworn on oath, deposes and says as follows:

1. He is an Assistant City Attorney for the City of Milwaukee, represents the City of Milwaukee in this case and is authorized to make this affidavit.

2. On July 9, 2018, the City of Milwaukee (the "City") brought a Motion to Confirm Termination of Stay (the "Motion").

3. The deadline to file an objection to the Motion was July 23, 2018.

4. The Debtor has filed no objection to the City's Motion.

5. The trustee has filed no objection to the City's Motion.

6. Accordingly, there is no objection before the Court in respect of the City of Milwaukee's Motion to Confirm Termination of Stay.

7. Pursuant to the Motion, the City requests the Court enter an order confirming termination of the Stay on and after March 17, 2018 in respect of both the Debtor and all property of the bankruptcy estate.

Dated at Milwaukee, Wisconsin this 26th day of July, 2018.

*KEVIN P. SULLIVAN*
KEVIN P. SULLIVAN
Assistant City Attorney

Subscribed and sworn to before
me this 26th day of July, 2018

NOTARY PUBLIC, State of Wisconsin
My Commission expires: Permanent



1060-2018-1167/251228

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: KIM MARLO FORD,

           Debtor.

Case No. 18-21229-BHL
Chapter 13

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Affidavit of No Objection was served July 26, 2018 by first class mail upon the following:

**Kim Marlo Ford**
4202 North 17th Street
Milwaukee, WI 53209

**Mr. Clifton G. Owens, Esq.**
8131 West Capitol Drive
Milwaukee, WI 53222

**Scott Lieske**
Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI 53203

                                    /s/
                                KEVIN P SULLIVAN
                                Assistant City Attorney
                                Attorney for the City of Milwaukee

1060-2018-1167/251228